THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Christopher Boyd, Appellant.
 
 
 

Appeal From Fairfield County
 G. Edward Welmaker, Circuit Court Judge

Unpublished Opinion No. 2006-UP-160
Submitted March 1, 2006  Filed March 15, 2006

APPEAL DISMISSED

 
 
 
 Assistant Appellate Defender Eleanor Duffy Cleary, Office of Appellate Defense, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, Office of Attorney General, all of Columbia; and Solicitor John R. Justice, of Chester, for Respondent.
 
 
 

PER CURIAM:  Christopher Boyd appeals his guilty plea to assault and battery with intent to kill.  Boyd argues the trial judge failed to comply with the mandates set forth in Boykin v. Alabama, 395 U.S. 238 (1969), in accepting his plea.  After a thorough review of the record and counsels brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss Boyds appeal and grant counsels motion to be relieved. 
APPEAL DISMISSED.[1]
GOOLSBY, HUFF, and STILWELL, JJ., concur. 

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.